UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-02(JMR/RLE)
CV

| | | |
|---|---|---|
| Gaming World International, Ltd., a Delaware corporation | ) | |
| v. | ) | ORDER |
| White Earth Band of Chippewa Indians, and White Earth Reservation Business Committee a/k/a White Earth Tribal Council d/b/a Shooting Star Casino | ) | |

This matter is before the Court on defendants' motion to stay the July 24, 2001, judgment compelling arbitration pending defendants' appeal.

Defendants' motion is denied.

IT IS SO ORDERED.

Dated: December 18th, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
DEC 19 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS